JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

MACIEJ NIEWCZAS,
Petitioner,
v.
TODD LYONS, et al.,
Respondents.

No. 5:26-cv-03684-BFM

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is denied, and the action is dismissed without prejudice. The Clerk of Court shall close this case.

DATED: JULY 17, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE